KAREN P. HEWITT
United States Attorney

TOM STAHL, California State Bar No. 78291
Assistant United States Attorney
Chief, Civil Division

LAUREN M. CASTALDI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:   (202) 514-9668
Facsimile:    (202) 307-0054
E-mail:        lauren.m.castaldi@usdoj.gov

Attorneys for the United States of America

FILED

08 APR 15 PM 2:56

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                         DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>TONI L. CHRISTIANI, individually and as general partner of Sullivan & Christiani, LLP<br><br>Respondent. | Civil No. '08 CV 0687 BTM POR<br><br>**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONSES** |

The United States of America, by and through its undersigned counsel, hereby petitions this Court for an order to enforce a certain Internal Revenue Service ("IRS") Summonses served on respondent Toni L. Christiani, individually and as general partner of Sullivan & Christiani, LLP:

1.   Jurisdiction over this matter is conferred upon this Court pursuant to 26 U.S.C. §§ 7402(b) and 7604(a) and 28 U.S.C. §§ 1340 and 1345.

2.   Venue over this matter is proper in the Southern District of California because the Respondent resides in or may be found within the boundaries of this judicial district.

3.     Stephen Silverman is a Revenue Officer employed by the IRS in its Small Business/Self-Employed Division. In that capacity, he is authorized to issue an IRS summons pursuant to the authority contained in Internal Revenue Code section 7602 (26 U.S.C.) and Treasury Regulation section 301.7602-1 (26 C.F.R.). See Declaration of Revenue Officer S. Silverman ("Silverman Decl.") ¶¶ 1-2.

4.     In his capacity as a revenue officer, Revenue Officer Silverman is assigned to collect federal employment tax liabilities for Ms. Christiani's law firm, Sullivan & Christiani, LLP, for three quarters of tax year 2005, to collect federal income tax liabilities for Ms. Christiani for the tax year 2001, and to investigate Ms. Christiani's failure to file federal income tax returns for the years 2003-2006. Silverman Decl. ¶ 3.

5.     Pursuant to the above-described employment tax collection, on August 16, 2007, Revenue Officer Silverman issued an IRS summons (IRS Form 2039) directing Respondent Toni Christiani to appear on August 29, 2007, to give testimony and to produce for examination certain books, papers, records or other data as described in said summons. Silverman Decl. ¶ 4, Ex. A.

6.     On August 16, 2007, Revenue Officer Silverman served an attested copy of the summons on Respondent Toni Christiani. Silverman Decl. ¶ 5, Ex. A.

7.     Pursuant to the above-described personal income tax collection, on September 11, 2007, Revenue Officer Silverman issued an IRS summons (IRS Form 6637) directing Respondent Toni Christiani to appear on September 24, 2007, to give testimony and to produce for examination certain books, papers, records or other data as described in said summons. Silverman Decl. ¶ 7, Ex. B.

8.     On September 11, 2007, Revenue Officer Silverman personally served an attested copy of the summons on Respondent Toni Christiani. Silverman Decl. ¶ 8, Ex. B.

9.     Pursuant to the above-described investigation regarding Ms. Christiani's failure to file federal tax returns, on September 11, 2007, Revenue Officer Silverman issued an IRS summons (IRS Form 6638) directing Respondent Toni Christiani to appear on September 24, 2007, to give testimony and to produce for examination certain books, papers, records or other data as described in said summons. Silverman Decl. ¶ 9, Ex. C.

10. On September 11, 2007, Revenue Officer Silverman personally served an attested copy of the summons on Respondent Toni Christiani. Silverman Decl. ¶ 10, Ex. C.

11. On October 30, 2007, a letter was sent to Toni Christiani giving her a second opportunity to comply with the summonses by appearing on November 14, 2007. Silverman Decl. ¶ 12.

12. Respondent Toni Christiani failed to appear on November 14, 2007 and failed to produce the books, records, papers, and other data sought by and as described in the summonses. Silverman Decl. ¶ 13.

13. Due to the Southern California wildfires and the suspension on IRS enforcement activities in the impacted areas, the taxpayer was given another occasion to comply with the summonses. On December 10, 2007, a letter was sent to Toni Christiani giving her a second opportunity to comply with the summons by appearing on January 8, 2008. Silverman Decl. ¶ 14.

14. Respondent Toni Christiani failed to appear on January 8, 2008 and failed to produce the books, records, papers, and other data sought by and as described in the summonses. Silverman Decl. ¶ 15.

15. To date, Respondent Toni Christiani has failed to comply with the summonses. Silverman Decl. ¶ 16.

16. As evidenced by the declaration of Revenue Officer Silverman, the testimony and the books, records or other data sought by the summonses may be relevant to the collection of employment tax liabilities for Sullivan & Christiani, LLP, the collection of Ms. Christiani's personal 2001 federal tax liabilities, and the investigation of Ms. Christiani's failure to file a return for the tax years 2003-2006. Silverman Decl. ¶¶ 17-19.

17. The testimony and documents described in the summonses are not already in the possession of the IRS. Silverman Decl. ¶ 20.

18. No Justice Department referral is in effect within the meaning of 26 U.S.C. § 7602(d) with respect to Respondent Toni Christiani for the tax period for which the testimony and documents are sought. Silverman Decl. ¶ 21.

19. All administrative steps required by the Internal Revenue Code for the issuance of an IRS summonses have been taken. Silverman Decl. ¶ 22.

20. In order to obtain enforcement of a summons, the IRS must establish that the summons: (1) is issued for a legitimate purpose; (2) seeks information relevant to that purpose; (3) seeks information that is not already within the IRS's possession; and (4) satisfies all administrative steps required by the United States Code. United States v. Powell, 379 U.S. 48, 57-58, (1964). The government's burden under Powell "is 'a slight one' and typically is satisfied by the introduction of a sworn declaration of the revenue agent who issued the summons that the Powell requirements have been met." Fortney v. United States, 59 F.3d 117, 120 (9th Cir.1995)(citing United States v. Dynavac, Inc., 6 F.3d 1407, 1414 (9th Cir.1993); United States v. Gilleran, 992 F.2d 232, 233 (9th Cir.1993)).

21. In support of this petition and incorporated herein by reference, the United States submits the Declaration of Revenue Officer S. Silverman and the summonses and service of summonses attached to it as Exhibit A-C. The United States has met the Powell requirements through these documents.

WHEREFORE, petitioner the United States of America respectfully prays as follows:

A. That this Court enter an order directing Respondent Toni Christiani to show cause in writing, if any, why she should not comply with and obey the aforementioned IRS summons relating to the employment tax liabilities of Sullivan & Christiani, LLP and every requirement thereof as enumerated in the Declaration of Revenue Officer S. Silverman;

B. That this Court enter an order directing Respondent Toni Christiani to fully obey the aforementioned summons and each requirement thereof as enumerated in the Declaration of Revenue Officer S. Silverman, by ordering the attendance, testimony, and production required and called for by the terms of the summons, before Revenue Officer Silverman, or any other proper officer or employee of the IRS, at such time and place as may be set by Revenue Officer Silverman or any other proper officer or employee of the IRS;

Petition                             - 4 -

     C.     That this Court enter an order directing Respondent Toni Christiani to show cause in writing, if any, why she should not comply with and obey the aforementioned IRS summons relating to Ms. Christiani's 2001 income tax liabilities and every requirement thereof as enumerated in the Declaration of Revenue Officer S. Silverman;

     D.     That this Court enter an order directing Respondent Toni Christiani to fully obey the aforementioned summons and each requirement thereof as enumerated in the Declaration of Revenue Officer S. Silverman, by ordering the attendance, testimony, and production required and called for by the terms of the summons, before Revenue Officer Silverman, or any other proper officer or employee of the IRS, at such time and place as may be set by Revenue Officer Silverman or any other proper officer or employee of the IRS;

     E.     That this Court enter an order directing Respondent Toni Christiani to show cause in writing, if any, why she should not comply with and obey the aforementioned IRS summons relating to her failure to file federal income tax returns for the tax years 2003-2006 and every requirement thereof as enumerated in the Declaration of Revenue Officer S. Silverman;

     F.     That this Court enter an order directing Respondent Toni Christiani to fully obey the aforementioned summons and each requirement thereof as enumerated in the Declaration of Revenue Officer S. Silverman, by ordering the attendance, testimony, and production required and called for by the terms of the summons, before Revenue Officer Silverman, or any other proper officer or employee of the IRS, at such time and place as may be set by Revenue Officer Silverman or any other proper officer or employee of the IRS;

     G.     That the United States recover its costs incurred in maintaining this action; and

     H.     That the Court grant such other and further relief as it deems is just and proper.

///

///

Respectfully submitted this 9th day of April, 2008.

        KAREN P. HEWITT
        United States Attorney

        TOM STAHL
        Assistant United States Attorney
        Chief, Civil Division

        _____
        LAUREN M. CASTALDI
        Trial Attorney, Tax Division
        U.S. Department of Justice

        Attorneys for the United States of America

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Unites States of America

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number) 202-514-9668
Lauren M. Castaldi, Trial Attorney, Tax Division
U.S. Dept. Of Justice, P.O. Box 683,
Washington, D.C. 20044-0683

### DEFENDANTS
Toni L. Christiani

County of Residence of First Listed Defendant: San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

FILED 08 APR 15 PM 2:57
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

'08 CV 0687 BTM POR

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [x] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | [x] 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
26 U.S.C. §§ 7402(b) and 7604(a)
Brief description of cause:
Petition to enforce Internal Revenue Summons

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
JURY DEMAND: ☐ Yes [x] No

DATE: 4/9/2008
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE