KAREN P. HEWITT
United States Attorney

TOM STAHL, California State Bar No. 78291
Assistant United States Attorney
Chief, Civil Division

LAUREN M. CASTALDI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:   (202) 514-9668
Facsimile:   (202) 307-0054
E-mail:        lauren.m.castaldi@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>TONI L. CHRISTIANI, individually and as general partner of Sullivan & Christiani, LLP<br><br>Respondent. | Civil No. 08-cv-687 IEG POR<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

I, Stephen Silverman, an employee of the Internal Revenue Service, hereby attest that on April 29, 2008, I personally served Respondent Toni Christiani with a copy of the following documents:

    (1) UNITED STATES' PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS;

    (2) DECLARATION OF REVENUE OFFICER STEPHEN SILVERMAN; and

    (3) the Court's ORDER TO SHOW CAUSE RE: INTERNAL REVENUE SERVICE SUMMONS.

1  Service was made by handing a copy to Respondent Toni Christiani at ~~2330 3rd Ave, San Diego, CA~~
2  ~~92101~~. 3920 Riviera Drive Unit H San Diego, Ca 92109

4  Dated: April 30, 2008

                                                    *Stephen Silverman*
                                                    Stephen Silverman
                                                    Revenue Officer
                                                    Internal Revenue Service

                                                    On behalf of the United States of America